# United States District Court

EASTERN DISTRICT OF WISCONSIN

JUDGMENT IN A CIVIL CASE

ROBERT NYHOLM.
ROSE NYHOLM,

        Plaintiffs,

        v.                    Case No. 04-C-0674(E)

U. S. BANCORP,

        Defendant.

This action came before the court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed.

APPROVED:    s/ C. N. CLEVERT, JR.
                     C. N. CLEVERT, JR.
                     U. S. District Judge

                                        SOFRON B. NEDILSKY
                                        Clerk

                5/31/06             s/ M. Jones
                Date                     (By) Deputy Clerk